UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK – WHITE PLAINS DIVISION

SCREWS & MORE, LLC,
        Plaintiffs

v.

PECORA CORP., KENSEAL CONSTRUCTION PRODUCTS CORP., & GARVIN BROWN CONSTRUCTION PRODUCTS, LLC,
        Defendants.

**APPEARANCE**

**Case No. 07 CIV. 3637**

**WP4**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for

GARVIN BROWN CONSTRUCTION PRODUCTS, LLC.

I certify that I am admitted to practice in this Court.

05/31/07
Date

Michael B. Weinberg (MW9415)
DONOVAN HATEM LLP
One Penn Plaza, Suite 3324
New York, NY 10119
(212) 244-3333

01094788