IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK – WHITE PLAINS DIVISION

| | |
|---|---|
| SCREWS & MORE, LLC., <br><br> Plaintiff <br><br> -against- <br><br> PECORA CORP., KENSEAL CONSTRUCTION PRODUCTS CORP., & GARVIN BROWN CONSTRUCTION PRODUCTS, LLC., <br><br> Defendant | **DISCLOSURE STATEMENT** <br><br> **Civil Action No.** <br> **WP4 07 CIV. 3637** |

Defendant, Kenseal Construction Products Corporation, as and for its disclosure, hereby states that there are no parent corporations or any publicly held corporation that owns 10% or more of its stock.

          MARCUS, BRODY, FORD,
          KESSLER & SAHNER, L.L.C.
          Attorney for Defendant, Kenseal
          Construction Products Corp.

          By: _/s/ Todd M. Sahner_
               TODD M. SAHNER

Dated: June 8, 2007