UNITED STATES DISTRICT COURT OF NEW YORK
WHITE PLAINS DIVISION
_____X

SCREWS & MORE, LLC,                    PLAINTIFF

AGANIST

PECORA CORP., KENSEAL CONSTRUCTION
PRODUCTS CORP. and GAVIN BROWN CONSTRUCTION
PRODUCTS, LLC.,                        DEFENDANT
_____X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF BRONX: ss.: Bradley Kasten, being duly sworn, says:
    Deponent is not a party herein, is over 18 years of age with a principal place of business in State of New York. **On May 21, 2007 at 1:40 P.M. at 21-32 Borden Avenue Long Island City, New York** deponent served the within, **Summons and Complaint, Individual Practices of Judge Yanthis, Proceedures for Electronic Filing, Preliminary Order and Amended Instructions** upon **Kenseal Construction Products Corp.**, Defendant

| | |
|---|---|
| Individual ( ) | by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein. |
| Corporation (X) | a **Domestic** corporation, by delivering thereat a true copy of each to **Claude Bonilla, Operations Manager** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Authorized to Accept thereof. |
| Suitable Age Person ( ) | by delivering thereat a true copy of each to     a person of suitable age and discretion. Said premises is recipient's __actual place of business __dwelling place. |
| Mailing to Residence ( ) | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at recipient's last known residence, at  Deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State. |

Description

| | | | | | |
|---|---|---|---|---|---|
| **X** Male | **X** White Skin | **X** Black Hair | __White Hair | __14-20 Yrs. | __Under 5' | __Under 100 Lbs. |
| __Female | __Black Skin | __Brown Hair | __Balding | __21-35 Yrs. | __5'0"-5'3" | __100-130 Lbs. |
| | __Yellow Skin | __Blonde Hair | __Mustache | **X** 36-50 Yrs. | **X** 5'4"-5'8" | __131-160 Lbs. |
| | __Brown Skin | __Gray Hair | __Beard | __51-65 Yrs. | __5'9"-6'0" | **X** 161-200 Lbs. |
| | __Red Skin | __Red Hair | __Glasses | __Over 65 Yrs | __Over 6' | __Over 200 lbs. |

Other identifying features:

Military Service ( ): I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no Military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief, I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes, nor dependent upon anyone in the active military service of the United States or of the State of New York.

                                                **BRADLEY KASTEN 1086552**

Sworn to before me this
25th Day of May 2007

ANGELO MARTINO
NOTARY PUBLIC, STATE OF NEW YORK
No. 4875661
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 18, 2011