UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

INDEX# 07 CV 3637/07
WP4

---------------------------------------------------------------X

SCREWS & MORE, LLC,              PLAINTIFF

AGANIST

PECORA CORP., KENSEAL CONSTRUCTION
PRODUCTS CORP. and GAVIN BROWN CONSTRUCTION
PRODUCTS, LLC.,                  DEFENDANT

---------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF BRONX: ss.: Bradley Kasten, being duly sworn, says:

Deponent is not a party herein, is over 18 years of age with a principal place of business in State of New York. **On May 21, 2007 at 1:22 P.M. at 30-02 48th avenue Long Island City, New York 11101** deponent served the within, **Summons and Complaint, Individual Practices of Judge Yanthis, Proceedures for Electronic Filing, Preliminary Order and Amended Instructions** upon **Garvin Brown Construction Products, LLC**, Defendant

| | |
|---|---|
| Individual ( ) | by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein. |
| Corporation (X) | a **Domestic** corporation, by delivering thereat a true copy of each to **Richard Romano, Office Manager** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Authorized to Accept thereof. |
| Suitable Age Person ( ) | by delivering thereat a true copy of each to ____ a person of suitable age and discretion. Said premises is recipient's __actual place of business __dwelling place. |
| Mailing to Residence ( ) | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at recipient's last known residence, at Deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State. |
| Description | X Male / _Female  X White Skin / _Black Skin / _Yellow Skin / _Brown Skin / _Red Skin  _Black Hair / X Brown Hair / _Blonde Hair / _Gray Hair / _Red Hair  _White Hair / _Balding / _Mustache / _Beard / _Glasses  _14-20 Yrs. / _21-35 Yrs. / X 36-50 Yrs. / _51-65 Yrs. / _Over 65 Yrs.  _Under 5' / _5'0"-5'3" / X 5'4"-5'8" / _5'9"-6'0" / _Over 6'  _Under 100 Lbs. / _100-130 Lbs. / _131-160 Lbs. / X 161-200 Lbs. / _Over 200 lbs.  Other identifying features: |
| Military Service ( ) | I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no Military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief, I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes, nor dependent upon anyone in the active military service of the United States or of the State of New York. |

Sworn to before me this
25th Day of May 2007

BRADLEY KASTEN 1086552

ANGELO MARTINO
NOTARY PUBLIC, STATE OF NEW YORK
No. 4875661
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 18, 2011