UNITED STATES DISTRICT COURT OF NEW YORK WHITE PLAINS DIVISION
## AFFIDAVIT OF SERVICE

**SCREWS & MORE, LLC.**
Plaintiff (Petitioner)

vs.

**PECORA CORP.**
Defendant (Respondent)

**CASE and/or DOCKET:** 07 CV 3637/07

I, _Eric M. Afflerbach_ declare that I am a Pennsylvania State Constable and/or Process Server, in and for the County of Berks, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state were service was effected. I was authorized by law to perform the said service.

**SERVICE UPON:** PECORA CORP.

**ADDRESS:** 165 WAMBOLD RD, HARLEYSVILLE PA 19438

On: 5/29/07     At: 10:00 A.M.

Description: Approximate Age _35_ Height _5'5_ Weight _160_ Race _W_ Sex _F_ Hair _BRN_

**With Documents:** SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE YANTHIS, GUIDELINES FOR ELECTRONIC FILING, PROCEDURES FOR ELECTRONIC FILING, PRELIMINARY ORDER AND 3RD AMENDED INSTRUCTIONS.

**Manner of Service**
By handing to:
- ☐ DEFENDANT(S) PERSONALLY SERVED
- ☐ ADULT FAMILY MEMBER WITH WHOM THE SAID DEFENDANT(S) RESIDE.
- ☐ NAME: _____ RELATIONSHIP: _____
- ☐ ADULT IN CHARGE OF DEFENDANTS RESIDENCE.
- ☐ NAME: _____ RELATIONSHIP: _____
- ☐ POSTED PROPERTY
- ☒ AGENT OR PERSON IN CHARGE OF PLACE OF BUSINESS.
- ☐ NAME: _Lisa Shubert_ TITLE: _Managing Agent_
- ☐ MILITARY STATUS: NO / YES BRANCH: _____

**COMMENTS:**
DEFENDANT WAS NOT SERVED BECAUSE:
___ MOVED ___ UNKNOWN ___ NO ANSWER ___ VACANT ___ OTHER: _____

SERVICE WAS ATTEMPTED ON THE FOLLOWING DATES/TIMES:
1.) _____ 2.) _____ 3.) _____

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _30_ DAY OF
_May_, 2007

_[signature]_
NOTARY

_[signature]_
CONSTABLE/PROCESS SERVER

E.M.A ATTORNEY SERVICES, LLC. P.O. BOX 26534 COLLGEVILLE PA 19426 610 906.3535 (F) 610.845 7321

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TERESA A. MINZOLA, Notary Public
Washington Twp., Berks County
My Commission Expires December 6, 2009