IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| SCREWS & MORE, LLC,<br><br>Plaintiff,<br><br>- against –<br><br>PECORA CORP., KENSEAL CONSTRUCTION PRODUCTS CORP., & GARVIN BROWN CONSTRUCTION PRODUCTS, LLC,<br><br>Defendant. | **DISCLOSURE STATEMENT**<br><br>Civil Action No.<br>WP4 07 CIV. 3637 |

    Defendant Garvin Brown Construction Products, LLC, as and for its disclosure, hereby states that here are no parent corporations or any publicly held corporation that owns 10% or more of its stock.

                                                  GARVIN BROWN CONSTRUCTION
                                                  PRODUCTS, LLC
                                                    By its Attorneys,

                                                   /s/ Michael Weinberg
                                                   Michael B. Weinberg,
                                                   DONOVAN HATEM LLP
                                                   One Penn Plaza, Suite 3324
                                                   New York, NY  10119
                                                   (212) 244-3333
                                                   mweinberg@donovanhatem.com

Dated:  July 3, 2007

25593.0//01102607