UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SCREWS & MORE, LLC.,

                Plaintiff,

-against-

PECORA CORP., KENSEAL
CONSTRUCTION PRODUCTS CORP., &
GARVIN BROWN CONSTRUCTION
PRODUCTS, LLC,

                Defendants.
------------------------------------------------------------x

Civil Action No.  07 CV 3637
(WP4)

NOTICE OF APPEARANCE
ON BEHALF OF DEFENDANT
PECORA CORP.

      **PLEASE TAKE NOTICE** that Michael J. Kozoriz, Esq., of the law firm of WHITE AND WILLIAMS LLP, hereby enters an appearance as attorney of record for the Defendant, Pecora Corp.

Dated: July 31, 2007

                                          Respectfully submitted,
                                          **WHITE AND WILLIAMS LLP**

                                          By: _____
                                               MICHAEL J. KOZORIZ (MK- 1929)
                                               One Penn Plaza, Suite 1801
                                             New York, New York 10119
                                             (212) 244-9500

TO:    ALL COUNSEL OF RECORD (VIA ECF)

NYCDMS 24181v.1