UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------x
Screws & More LLC,
        Plaintiff

v.                                                  07 CIVIL 3637 (WP4)

Pecora Corp., Kenseal Construction
Products Corp. and Garvin Brown
Construction Productions LLC
        Defendants
-----------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Michael Barry Weinberg

☐ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: MW9415

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: Donovan Hatem LLP

    To: LeClair Ryan, A Professional Corporation

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:*     830 Third Avenue, Fifth Floor, New York, NY 10022

☐ *Telephone Number:*     857-221-8978

☐ *Fax Number:*     857-221-8979

☐ *E-Mail Address:*     Michael.Weinberg@leclairryan.com

Dated: August 6, 2007         /s/ Michael Weinberg