UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SCREWS & MORE, LLC., | : |
| Plaintiff, | : Civil Action No. 07 CV 3637 |
| | : (WP4) (GAY) |
| -against- | : |
| | : |
| PECORA CORP., KENSEAL | : |
| CONSTRUCTION PRODUCTS CORP., & | : |
| GARVIN BROWN CONSTRUCTION | : FED.R.CIV.PRO. 7.1 STATEMENT |
| PRODUCTS, LLC, | : ON BEHALF OF DEFENDANT |
| Defendants. | : PECORA CORP. |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that Defendant, PECORA CORPORATION (pled as "PECORA CORP."), has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: August 22, 2007

Respectfully submitted,
**WHITE AND WILLIAMS LLP**
*Attorneys for Defendant, Pecora Corp.*

By: _____/s/ Michael J. Kozoriz_____
MICHAEL J. KOZORIZ (MK- 1929)
One Penn Plaza, Suite 1801
New York, New York 10119
(212) 244-9500

TO:   ALL COUNSEL OF RECORD (VIA ECF)