UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SCREWS & MORE, LLC.,

                Plaintiff,

-against-

PECORA CORP., KENSEAL
CONSTRUCTION PRODUCTS CORP., &
GARVIN BROWN CONSTRUCTION
PRODUCTS, LLC,

                Defendants.
------------------------------------------------------------x

Civil Action No. 07 CV 3637
(KMK) (GAY)
ECF CASE

NOTICE OF MOTION
FOR ADMISSION
*PRO HAC VICE*

      **PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, Defendant, Pecora Corporation (pled as "Pecora Corp."), by and through its attorneys, to wit, Michael J. Kozoriz, Esq., of White and Williams LLP and a member in good standing of the bar of this Court, will move to admit I. Steven Levy, Esq., also of White and Williams LLP, 1800 One Liberty Place, Philadelphia, Pennsylvania 19103, tel. 215.864.7130, fax 215.789.7630, *pro hac vice* pursuant to Local Civil Rule 1.3(c).

      **PLEASE TAKE FURTHER NOTICE** that I. Steven Levy, Esq., is a member in good standing of the bar of the Commonwealth of Pennsylvania.

      **PLEASE TAKE FURTHER NOTICE** that there are no pending disciplinary proceedings against I. Steven Levy, Esq., in any State or Federal court.

-2-

The motion to admit *pro hac vice* will be based on this Notice of Motion, Affidavit of Michael J. Kozoriz, Esq., and certificate(s) of good standing issued by each state in which I. Steven Levy, Esq., is a member of the bar.

A proposed form of Order is attached.

Dated: August 23, 2007

Respectfully submitted,
**WHITE AND WILLIAMS LLP**
*Attorneys for Defendant, Pecora Corp.*

By: _____
MICHAEL J. KOZORIZ (MK- 1929)
One Penn Plaza, Suite 1801
New York, New York 10119
(212) 244-9500 tel.
(212) 631-4432 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SCREWS & MORE, LLC.,

               **Plaintiff,**

 -against-

PECORA CORP., KENSEAL
CONSTRUCTION PRODUCTS CORP., &
GARVIN BROWN CONSTRUCTION
PRODUCTS, LLC,

               **Defendants.**
-----------------------------------------------------------x

Civil Action No. 07 CV 3637
(KMK) (GAY)
ECF CASE

**AFFIDAVIT OF
MICHAEL J. KOZORIZ
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK  )

      MICHAEL J. KOZORIZ, being duly sworn, hereby deposes and says as follows:

      1.     I am associated with the law firm of White and Williams LLP, attorneys for the Defendant, Pecora Corporation (pled as "Pecora Corp."), in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Pecora Corporation's motion to admit I. Steven Levy, Esq., as counsel *pro hac vice* to represent Defendant, Pecora Corporation, in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and I am in good standing with this Court.

3.  I have been an associate in the firm of White and Williams LLP since April 1, 2003. I. Steven Levy, Esq., is a partner in the firm of White and Williams LLP, and has been a partner in the firm since 1990.

4.  I. Steven Levy, Esq., is a partner in the Philadelphia, Pennsylvania office of White and Williams LLP, located at 1800 One Liberty Place, Philadelphia, Pennsylvania 19103.

5.  I have found Mr. Levy to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. Mr. Levy is national litigation counsel for Pecora Corporation and he has represented Pecora Corporation in State and Federal courts around the country.

6.  Accordingly, I am pleased to move the admission of I. Steven Levy, Esq., *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of I. Steven Levy, Esq., *pro hac vice*, which is attached hereto as Exhibit A. Attached hereto as Exhibit B is a certificate of good standing issued within the last thirty (30) days by the Supreme Court of the Commonwealth of Pennsylvania with respect to I. Steven Levy, Esq.

WHEREFORE, it is respectfully requested that the motion to admit I. Steven Levy, Esq., *pro hac vice*, to represent Defendant, Pecora Corporation, in the above-captioned matter, be granted.

_____
MICHAEL J. KOZORIZ (MK- 1929)

Sworn and subscribed to before
me this 23rd day of August, 2007

_____
Notary Public

SONGA L. RUCK
Notary Public, State of New York
No. 01RU6011666
Qualified in Kings County
Commission Expires August 10, 20_10_

-2-

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
SCREWS & MORE, LLC.,                    :
                                        :   Civil Action No. 07 CV 3637
            **Plaintiff,**              :              (KMK) (GAY)
                                        :             ECF CASE
    -against-                           :
                                        :
                                        :
PECORA CORP., KENSEAL                   :
CONSTRUCTION PRODUCTS CORP., &          :
GARVIN BROWN CONSTRUCTION               :
PRODUCTS, LLC,                          :   ORDER FOR ADMISSION *PRO*
            **Defendants.**             :   *HAC VICE* ON WRITTEN MOTION
                                        :
---------------------------------x

**THIS MATTER** having been opened to the Court upon the application of Michael J. Kozoriz, Esq., of White and Williams LLP, attorneys for Defendant, Pecora Corporation (pled as "Pecora Corp."), for an Order admitting I. Steven Levy, Esq., *pro hac vice* pursuant to Local Civil Rule 1.3(c), and the Court having read and considered the papers submitted by counsel, and good cause having been shown;

It is on this _____ day of _____ 2007,

**ORDERED** that I. Steven Levy, Esq., of the law firm of White and Williams LLP, 1800 One Liberty Place, Philadelphia, Pennsylvania 19103, tel. 215.864.7130, fax 215.789.7630, levys@whiteandwilliams.com, is hereby admitted to practice *pro hac vice* as counsel for Defendant, Pecora Corporation, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

-2-

for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
White Plains, New York

_____
HON.

# EXHIBIT B



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Irving Steven Levy, Esq.*

**DATE OF ADMISSION**

*March 3, 1983*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: August 8, 2007**

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
SCREWS & MORE, LLC.,                 :
                                     :   Civil Action No. 07 CV 3637
              Plaintiff,             :              (KMK) (GAY)
                                     :              ECF CASE
  -against-                          :
                                     :
                                     :
PECORA CORP., KENSEAL                :
CONSTRUCTION PRODUCTS CORP., &       :
GARVIN BROWN CONSTRUCTION            :   CERTIFICATE OF SERVICE
PRODUCTS, LLC,                       :
              Defendants.            :
                                     :
-------------------------------------x
```

    I, MICHAEL J. KOZORIZ, ESQ., a member of the bar of the State of New York and of the United States District Court for the Southern District of New York, hereby certify that on the date indicated below, I caused to be served, by First Class U.S. Mail, copies of the Motion for Admission of I. Steven Levy, Esq., *pro hac vice*, in the above-captioned civil action, to all counsel of record, to wit:

Galgano & Associates, P.C.
399 Knollwood Road
White Plains, New York 10603
*Attorneys for Plaintiff*

Marcus, Brody, Ford, Kessler & Sahner, LLC
5 Becker Farm Road, Suite 2
Roseland, New Jersey 07068
*Attorneys for Defendant,*
*Kenseal Construction Products Corp.*

Donovan Hatem LLP
One Penn Plaza, Suite 3324
New York, New York 10119
*Attorneys for Defendant,*
*Garvin Brown Construction Products, LLC*

said addresses being the last known addresses by said parties for that purpose.

PHLDMS1 3297195v.1

-2-

| | |
|---|---|
| Dated: August 31, 2007 | Respectfully submitted,<br>**WHITE AND WILLIAMS LLP**<br>*Attorneys for Defendant, Pecora Corp.*<br><br>By: _____<br>MICHAEL J. KOZORIZ (MK- 1929)<br>One Penn Plaza, Suite 1801<br>New York, New York 10119<br>(212) 244-9500 tel.<br>(212) 631-4432 fax |