```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SCREWS & MORE, LLC.,

                            **Plaintiff,**

-against-


PECORA CORP., KENSEAL
CONSTRUCTION PRODUCTS CORP., &
GARVIN BROWN CONSTRUCTION
PRODUCTS, LLC,

                            **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 07 CV 3637
(KMK) (GAY)
ECF CASE

ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

**THIS MATTER** having been opened to the Court upon the application of Michael J. Kozoriz, Esq., of White and Williams LLP, attorneys for Defendant, Pecora Corporation (pled as "Pecora Corp."), for an Order admitting I. Steven Levy, Esq., *pro hac vice* pursuant to Local Civil Rule 1.3(c), and the Court having read and considered the papers submitted by counsel, and good cause having been shown;

It is on this 5th day of September 2007,

**ORDERED** that I. Steven Levy, Esq., of the law firm of White and Williams LLP, 1800 One Liberty Place, Philadelphia, Pennsylvania 19103, tel. 215.864.7130, fax 215.789.7630, levys@whiteandwilliams.com, is hereby admitted to practice *pro hac vice* as counsel for Defendant, Pecora Corporation, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

-2-

for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 
White Plains, New York

HON