UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| SCREWS & MORE, LLC,<br>    Plaintiffs<br><br>v.<br><br>PECORA CORP., KENSEAL CONSTRUCTION PRODUCTS CORP., & GARVIN BROWN CONSTRUCTION PRODUCTS, LLC,<br>    Defendants. | CIVIL ACTION NO.<br>WP07 Civ. 3637<br>(KMK) (GAY) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael B. Weinberg, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  Applicant's Name: Kevin G. Kenneally
  Firm Name:    LeClairRyan, *A Professional Corporation*
  Address:     2 International Place, 16th Floor
  City/State/Zip:   Boston, MA 02110
  Phone Number:  857-221-8978
  Fax Number:   857-221-8979

Kevin G. Kenneally is a member in good standing of the Bar of the Commonwealth of Massachusetts.

There are no pending disciplinary proceedings against Kevin G. Kenneally in any State or Federal court.

Dated: November 14, 2007
New York, New York

Respectfully submitted,

Michael B. Weinberg
SDNY Bar No. MW9415
LeClairRyan, *A Professional Corporation*
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: 212-430-8020
Fax: 212-430-8979
michael.weinberg@leclairryan.com

3897650v1

CERTIFICATE OF SERVICE

I, Michael B. Weinberg, a member of the bar of the State of New York and of the United States District Court for the Southern District of New York, hereby certify that on the date indicated below, I caused to be served copies of the foregoing Motion to Admit Counsel Pro Hac Vice, by first-class mail, postage prepaid, to all counsel of record as follows:

George W. Galgano, Jr., Esquire
Galgano & Associates
399 Knollwood Road, Suite 203
White Plains, NY 10603

Michael J. Kozoriz, Esquire
White and Williams LLP
One Penn Plaza, Suite 1801
New York, NY 10119

Todd M. Sahner, Esq.
Marcus, Brody, Ford, Kessler & Sahner, LLC
5 Becker Farm Road, Suite 2
Roseland, NJ 07068

*/s/ Michael Weinberg*
Michael B. Weinberg

Dated: 11/19/2007

3897650v1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| SCREWS & MORE, LLC,<br>           Plaintiffs | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.<br>WP07 Civ. 3637 |
| PECORA CORP., KENSEAL CONSTRUCTION PRODUCTS CORP., & GARVIN BROWN CONSTRUCTION PRODUCTS, LLC,<br>           Defendants. | ) ) ) ) ) | (KMK) (GAY) |

STATE OF NEW YORK  )
                           ) ss:
COUNTY OF NEW YORK )

**AFFIDAVIT OF MICHAEL B. WEINBERG
IN SUPPORT OF MOTION
TO ADMIT COUNSEL PRO HAC VICE**

Michael B. Weinberg, being duly sworn, hereby deposes and says as follows:

1. I am a partner at LeClairRyan, counsel for defendant Garvin Brown Construction Products, LLC ("Garvin Brown") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant Garvin Brown's motion to admit Kevin G. Kenneally as counsel pro hac vice to represent defendant Garvin Brown in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kevin G. Kenneally since 1987.

4.  Mr. Kenneally was a partner of mine when we practiced at Burns & Levinson LLP and Donovan Hatem LLP. He is now a partner of mine at LeClairRyan.

5.  I have found Mr. Kenneally to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Kevin G. Kenneally, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Kevin G. Kenneally, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Kevin G. Kenneally, pro hac vice, to represent defendant Garvin Brown in the above captioned matter, be granted.

Respectfully submitted,

*/s/ Michael B. Weinberg*
Michael B. Weinberg
SDNY Bar No. MW9415
LeClairRyan, *A Professional Corporation*
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: 212-430-8020
Fax: 212-430-8979
michael.weinberg@leclairryan.com

Dated: November 16, 2007

City, State: New York, New York

Notarized: *Linda M. Cirago*

3897732v1

LINDA M. CIRAGO
Notary Public, State of New York
No. 01CI4526914
Qualified in Suffolk County and New York
Commission Expires 2/28/20 11

2

CERTIFICATE OF SERVICE

    I, Michael B. Weinberg, a member of the bar of the State of New York and of the United States District Court for the Southern District of New York, hereby certify that on the date indicated below, I caused to be served copies of the foregoing Affidavit of Michael B. Weinberg in Support of Motion to Admit Counsel Pro Hac Vice, by first-class mail, postage prepaid, to all counsel of records as follows:

George W. Galgano, Jr., Esquire
Galgano & Associates
399 Knollwood Road, Suite 203
White Plains, NY 10603

Michael J. Kozoriz, Esquire
White and Williams LLP
One Penn Plaza, Suite 1801
New York, NY 10119

Todd M. Sahner, Esq.
Marcus, Brody, Ford, Kessler & Sahner, LLC
5 Becker Farm Road, Suite 2
Roseland, NJ 07068

_____
Michael B. Weinberg

Dated: 11/19/2007

3897732v1

3

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **December** A.D. **1987**, said Court being the highest Court of Record in said Commonwealth:

**Kevin G. Kenneally**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **November** in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| SCREWS & MORE, LLC,<br>    Plaintiffs<br><br>v.<br><br>PECORA CORP., KENSEAL CONSTRUCTION<br>PRODUCTS CORP., & GARVIN BROWN<br>CONSTRUCTION PRODUCTS, LLC,<br>    Defendants. | CIVIL ACTION NO.<br>WP07 Civ. 3637<br>(KMK) (GAY) |

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Michael B. Weinberg, attorney for Defendant Garvin Brown Construction Products, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Kevin G. Kenneally, Esq.
> LeClairRyan, *A Professional Corporation*
> 2 International Place, 16th Floor
> Boston, MA 02110
> Tel.: 857-221-8978
> Fax: 857-221-8979
> kevin.kenneally@leclairryan.com

is admitted to participate pro hac vice as counsel for Defendant Garvin Brown Construction Products, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel

shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

White Plains, New York

                                                                                                                      United States District/Magistrate Judge

3909693v1

## PROOF OF SERVICE

I, Michael B. Weinberg, a member of the bar of the State of New York and of the United States District Court for the Southern District of New York, hereby certify that on the date indicated below, I caused to be served copies of the following documents, by first-class mail, postage prepaid:

1. Motion to Admit Counsel Pro Hac Vice;
2. Affidavit of Michael B. Weinberg, in Support of Motion to Admit Counsel Pro Hac Vice;
3. Certificate of Good Standing of Kevin G. Kenneally; and
4. Order for Admission Pro Hac Vice on Written Motion

to all counsel of record as follows:

George W. Galgano, Jr., Esq.
Galgano & Associates
399 Knollwood Road, Suite 203
White Plains, NY 10603

Michael J. Kozoriz, Esquire
White and Williams LLP
One Penn Plaza, Suite 1801
New York, NY 10119

Todd M. Sahner, Esq.
Marcus, Brody, Ford, Kessler & Sahner, LLC
5 Becker Farm Road, Suite 2
Roseland, NJ 07068

_____
Michael B. Weinberg

Dated: November 19, 2007

3910124v1