UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| SCREWS & MORE, LLC,<br>　　　　Plaintiffs<br><br>v.<br><br>PECORA CORP., KENSEAL CONSTRUCTION<br>PRODUCTS CORP., & GARVIN BROWN<br>CONSTRUCTION PRODUCTS, LLC,<br>　　　　Defendants. | CIVIL ACTION NO.<br>WP07 Civ. 3637<br>(KMK) (GAY) |

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Michael B. Weinberg, attorney for Defendant Garvin Brown Construction Products, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Kevin G. Kenneally, Esq.
LeClairRyan, *A Professional Corporation*
2 International Place, 16th Floor
Boston, MA 02110
Tel.: 857-221-8978
Fax: 857-221-8979
kevin.kenneally@leclairryan.com

is admitted to participate pro hac vice as counsel for Defendant Garvin Brown Construction Products, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 12/10/07

White Plains, New York

_____
United States District/Magistrate Judge

3909693v1