IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK - WHITE PLAINS DIVISION

**SCREWS & MORE, LLC.,**

*Plaintiff,*

Civil Action No.:
**07-Civ3637**
**(WP4)(LMS/MDF/GAY)**

-against-

**PECORA CORP., KENSEAL CONSTRUCTION PRODUCTS CORP., & GARVIN BROWN CONSTRUCTION PRODUCTS, LLC.,**

*Defendants.*

### JOINT MOTION TO MODIFY
### CIVIL CASE MANAGEMENT PLAN

Plaintiff, Screws and More, LLC ("Screws and More") and Defendants Pecora Corporation ("Pecora"), Kenseal Construction Products Corporation ("Kenseal"), and Garvin Brown Construction Products, LLC ("Garvin Brown"), submit this joint motion to modify the Civil Case Management Plan filed on September 17, 2007.

The parties have agreed to the following, subject to approval by the Court:

1. All parties must produce Rule 26 disclosures no later than **May 15, 2008**.

2. All discovery must be completed on or before **September 30, 2008.**

3. Plaintiff's expert reports must be produced no later than **October 31, 2008.**

4. Defendants' expert reports must be produced no later than **December 15, 2008**.

5. Expert depositions must be completed by **January 31, 2009**.

Accordingly, the parties respectfully request that the Court grant these modifications to the Civil Case Management Plan.

Dated: April 3, 2008

Respectfully Submitted,

/s/ George W.Galgano Jr.
George W. Galgano Jr., Esq
Galgano & Associates
Attorney Bar Code # GG8009
399 Knollwood Road, Ste. 203
White Plains, New York 10603
Tel:(914) 428-2323
Fax: (914) 428-3298
george@galganolaw.com

***Attorneys for Plaintiff***
***Screws & Moore, LLC.***

/s/ I. Steven Levy
I. Steven Levy, Esq.
White and Williams LLP
1800 Liberty Place
Philadelphia, PA 19103-7395
levys@whiteandwilliams.com
Tel: (215) 864-7130
Fax: (215) 789-7630

/s/ Michael J. Kozoriz
Michael J. Kozoriz, Esq.
White and Williams LLP
One Penn Plaza

New York, NY 10019
Kozorizm@whiteandwilliams.com
Tel: (212) 631-4412
Fax: (212) 631-4432


*Attorneys for Defendant*
*Pecora Corporation*

/s/ Michael B.Weinberg
Michael B. Weinberg, Esq.
LeClair Ryan, PC
1 International Place, 11th Floor
Boston, MA 12110
Michael.weinberg@leclairryan.com
Tel: (857) 221-8978
Fax: (857) 221-8979

*Attorneys for Defendant*
*Garvin Brown Construction*
*Products LLC.*


/s/ Todd Sahner
Todd Sahner, Esq.
Marcus, Brody, Ford, Kessler & Sahner, LLC
5 Becker Farm Road, Suite 2
Roseland, New Jersey 07068
tmsahner@marcusbrodylaw.com
Tel: (973) 232-0604
Fax: (973) 994-2767



*Attorneys for Defendant*
*Kenseal Construction*
*Products Corporation.*