

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK - WHITE PLAINS DIVISION

SCREWS & MORE, LLC.,

          *Plaintiff,*

Civil Action No.:
07-Civ3637 (KMK)(GAY)
~~(WP4)(LMS/MDF/GAY)~~

-against-

PECORA CORP., KENSEAL CONSTRUCTION
PRODUCTS CORP., & GARVIN BROWN CONSTRUCTION
PRODUCTS, LLC.,

          *Defendants.*

## JOINT MOTION TO MODIFY
## CIVIL CASE MANAGEMENT PLAN

Plaintiff, Screws and More, LLC ("Screws and More") and Defendants Pecora Corporation ("Pecora"), Kenseal Construction Products Corporation ("Kenseal"), and Garvin Brown Construction Products, LLC ("Garvin Brown"), submit this joint motion to modify the Civil Case Management Plan filed on September 17, 2007.

The parties have agreed to the following, subject to approval by the Court:

SO ORDERED: /s/ George A. Yanthis   4/10/08

Hon. George A. Yanthis
United States Magistrate Judge.

PHLDMS1 4130657v.1

1. All parties must produce Rule 26 disclosures no later than **May 15, 2008**.

2. All discovery must be completed on or before **September 30, 2008.**

3. Plaintiff's expert reports must be produced no later than **October 31, 2008.**

4. Defendants' expert reports must be produced no later than **December 15, 2008.**

5. Expert depositions must be completed by **January 31, 2009.** *Telephone conference scheduled previously for 5-7-08 @ 9AM Remains unchanged*

Accordingly, the parties respectfully request that the Court grant these modifications to the Civil Case Management Plan. *[illegible handwriting]*

Dated: April 3, 2008

                        Respectfully Submitted,

                        /s/ George W. Galgano Jr.
                        George W. Galgano Jr., Esq
                        Galgano & Associates
                        Attorney Bar Code # GG8009
                        399 Knollwood Road, Ste. 203
                        White Plains, New York 10603
                        Tel:(914) 428-2323
                        Fax: (914) 428-3298
                        george@galganolaw.com

                        ***Attorneys for Plaintiff***
                        ***Screws & Moore, LLC.***


                        /s/ I. Steven Levy
                        I. Steven Levy, Esq.
                        White and Williams LLP
                        1800 Liberty Place
                        Philadelphia, PA 19103-7395
                        levys@whiteandwilliams.com
                        Tel: (215) 864-7130
                        Fax: (215) 789-7630

                        /s/ Michael J. Kozoriz
                        Michael J. Kozoriz, Esq.
                        White and Williams LLP
                        One Penn Plaza

New York, NY 10019
Kozorizm@whiteandwilliams.com
Tel: (212) 631-4412
Fax: (212) 631-4432

*Attorneys for Defendant*
*Pecora Corporation*

/s/ Michael B.Weinberg
Michael B. Weinberg, Esq.
LeClair Ryan, PC
1 International Place, 11th Floor
Boston, MA 12110
Michael.weinberg@leclairryan.com
Tel: (857) 221-8978
Fax: (857) 221-8979

*Attorneys for Defendant*
*Garvin Brown Construction*
*Products LLC.*

/s/ Todd Sahner
Todd Sahner, Esq.
Marcus, Brody, Ford, Kessler & Sahner, LLC
5 Becker Farm Road, Suite 2
Roseland, New Jersey 07068
tmsahner@marcusbrodylaw.com
Tel: (973) 232-0604
Fax: (973) 994-2767

*Attorneys for Defendant*
*Kenseal Construction*
*Products Corporation.*