UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SCREWS & MORE, LLC,

                                Plaintiff,

                -against-                                  **ORDER**

PECORA CORP., KENSEAL                    07 Civ. 3637 (KMK) (GAY)
CONSTRUCTION PRODUCTS CORP.
and GARVIN BROWN CONSTRUCTION
PRODUCTS, LLC.,

                                Defendants.
----------------------------------------------------------X

      Plaintiff seeks leave to file a motion to amend the complaint. According to plaintiff, the amended complaint would (1) discontinue the federal antitrust claims against all of the defendants, (2) assert a breach of contract claim against defendant Pecora and (3) allege tortious interference with contract and business relations claims against defendants Garvin Brown and Kenseal.

      Plaintiff's request for leave to file a motion to amend the complaint is denied. Plaintiff's request is untimely; moreover, it appears quite clear that plaintiff seeks to amend the complaint for purely tactical reasons and, therefore, has not demonstrated good cause necessary to justify amendment at this late date.

      Further, the parties are directed to **complete all discovery no later than December 31, 2009.** This date will not be extended.

Finally, any party seeking to file a summary judgment motion shall submit a pre-motion letter to Judge Karas no later than January 11, 2010.

Dated: November 24, 2009
      White Plains, New York

**SO ORDERED:**

_____
GEORGE A. YANTHIS, U.S.M.J.