IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK - WHITE PLAINS DIVISION

---------------------------------------------------------------------------------X

**SCREWS & MORE, LLC.,**

            *Plaintiff,*

                     **STIPULATION OF**
                     **DISCONTINUANCE**
                     **WITH PREJUDICE**
                     **07-CV-3637 (KMK)**

  -against-

**PECORA CORP., KENSEAL CONSTRUCTION
PRODUCTS CORP., & GARVIN BROWN CONSTRUCTION
PRODUCTS, LLC.,**

            *Defendants.*

---------------------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties in this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, this action is hereby discontinued, with prejudice and without costs to either party as against the other with any prior costs, sanctions or fees previously awarded to the parties hereby vacated. This stipulation may be executed in two or more counterparts, each of which shall be deemed an original but all of which together shall be one and the same instrument. This stipulation may be filed with the Clerk of the Court without further notice.

Dated: March 5, 2010

Respectfully Submitted,

/s/ George W.Galgano Jr.
George W. Galgano Jr., Esq
Galgano & Associates
Attorney Bar Code # GG8009
399 Knollwood Road, Ste. 203
White Plains, New York 10603
Tel:(914) 428-2323
Fax: (914) 428-3298
george@galganolaw.com
***Attorneys for Plaintiff***
***Screws & Moore, LLC.***


/s/ I. Steven Levy

I. Steven Levy, Esq.
White and Williams LLP
1800 Liberty Place
Philadelphia, PA 19103-7395
levys@whiteandwilliams.com
Tel: (215) 864-7130
Fax: (215) 789-7630

/s/ Michael B.Weinberg
Michael B. Weinberg, Esq.
LeClair Ryan, PC
1 International Place, 11th Floor
Boston, MA 12110
Michael.weinberg@leclairryan.com
Tel: (857) 221-8978
Fax: (857) 221-8979
***Attorneys for Defendant***
***Garvin Brown Construction***
***Products LLC.***

/s/ Todd Sahner
Todd Sahner, Esq.
Marcus, Brody, Ford, Kessler &
Sahner, LLC
5 Becker Farm Road, Suite 2
Roseland, New Jersey 07068
tmsahner@marcusbrodylaw.com
Tel: (973) 232-0604
Fax: (973) 994-2767
***Attorneys for Defendant***
***Kenseal Construction***
***Products Corporation.***

So Ordered

_____